**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 511 EAL 2014
: 
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
MAURICE L. DOZIER, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.